# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION

### CIVIL NO. 2:08-CV-13

| | |
|---|---|
| CROM CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CONSENT JUDGMENT |
| v. ) | |
| ) | |
| MARBLE COMMUNITY WATER ) | |
| SYSTEM, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** coming on to be heard before the undersigned United States District Court Judge, upon the Consent of the parties hereto.

**IT APPEARING TO THE COURT** that the parties have consented to the entry of this Judgment and waive any further findings of fact or conclusions of law and pray that the below Judgment be entered.

**THE COURT**, having the consent of the parties, having considered the record, and for good cause shown, hereby finds and orders that the below Judgment be entered.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Plaintiff Crom Corporation shall have Judgment against the Defendant Marble Community Water System in the amount equal to the principal sum of Fifty-Eight Thousand Five Hundred Ten Dollars and no cents ($58,510.00), together with interest on the principal amount, which shall accrue at an annual rate of eight percent (8%) to be calculated starting at the date which is twenty (20) days

following the date of entry of this Judgment and accruing until principal and accrued interest are paid in full.

**IT IS FURTHER ORDERED** that the entry of this Judgment resolves all claims and causes of action in this matter, that the parties to this action shall bear their own costs and attorneys' fees, and that this Court retains jurisdiction to enforce this Consent Judgment according to its terms.

Signed: September 4, 2008

Lacy H. Thornburg
United States District Judge

CONSENTED TO BY:

s/ H. Arthur Bolick II
H. Arthur Bolick II
  N.C. State Bar No. 20866
Alexander Elkan
  N.C. State Bar No. 31502
BROOKS, PIERCE, MCLENDON,
  HUMPHREY & LEONARD, L.L.P.
Suite 2000 Renaissance Plaza
230 North Elm Street (27401)
Post Office Box 26000
Greensboro, NC 27420-6000
Telephone:    336/373-8850
Facsimile: 336/378-1001
Emails:  hbolick@brookspierce.com
            aelkan@brookspierce.com
*Attorneys for Plaintiff Crom Corporation*

s/ Steven D. Cogburn
Steven D. Cogburn
  N.C. State Bar No. 10282
COGBURN & BRAZIL, P.A.
77 Central Avenue, Suite E
Post Office Box 120
Asheville, North Carolina 28802-0120
Telephone: 828/255-5400
Facsimile: 828/258-8972
Email: info@cobralawfirm.com
*Attorney for Defendant*
*Marble Community Water System*